IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

---

No. 96-60457

Summary Calendar

---

BREVER McCALLUM,

Plaintiff-Appellant,

versus

MISSISSIPPI STATE TAX COMMISSION and
JEROLD B. ERIKSON,

Defendants-Appellees.

---

Appeal from the United States District Court
For the Southern District of Mississippi
(3:93-CV-804-BrN)

---

April 2, 1997

Before HIGGINBOTHAM, WIENER, and BENAVIDES, Circuit Judges.

PER CURIAM:[*]

Brever McCallum appeals the district court's grant of judgment as a matter of law on her federal and state law claims based on sexual harassment. Because we find that the district court properly entered judgment as a matter of law for the defendants under Boeing Co. v. Shipman, 411 F.2d 365, 374-75 (5th Cir. 1969)(en banc), we do not address McCallum's claims that the district court improperly denied her motion for a new trial and her motion for backpay. We AFFIRM for essentially the same reasons

---

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

stated in the district court's careful and detailed examination of the case.

AFFIRMED.